1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    QUOC XUONG LUU,

11              Petitioner,                    No. 2:09-cv-3404 JAM KJN P

12         vs.

13    D.K. SISTO, et al.,

14              Respondents.                   ORDER

15    _____/

16             Petitioner has requested the appointment of counsel.  There currently exists no

17    absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

18    453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

19    any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

20    § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

21    served by the appointment of counsel at the present time.

22    ////

23    ////

24    ////

25    ////

26    ////

1    Accordingly, IT IS HEREBY ORDERED that petitioner's June 10, 2010 request

2  for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage

3  of the proceedings.

4  DATED:  June 14, 2010

5

6

7                                          _____

8                                          KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE
9

10  luu3404.110

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26